The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
TAPESTRY, INC.

DEFENDANTS
NICHE CORPORATION and JAYESH JESALPURA

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Arthur D. Middlemiss                                  (212) 826-7001
Lewis Baach Kaufmann Middlemiss PLLC
The Chrysler Building, 405 Lexington Ave, 62nd Fl, New York, NY 10174

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
           (DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1332(a)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]    If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [x]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                 NATURE OF SUIT

TORTS                                                                                ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY     PERSONAL INJURY/          FORFEITURE/PENALTY   BANKRUPTCY                OTHER STATUTES
                                        [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE   [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL  [ ] 625 DRUG RELATED  [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE      [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY    SEIZURE OF PROPERTY       28 USC 158    [ ] 376 QUI TAM
[ ] 130 MILLER ACT          LIABILITY   [ ] 365 PERSONAL INJURY           21 USC 881       [ ] 423 WITHDRAWAL     [ ] 400 STATE
[ ] 140 NEGOTIABLE  [ ] 320 ASSAULT, LIBEL &      PRODUCT LIABILITY  [ ] 690 OTHER                28 USC 157              REAPPORTIONMENT
        INSTRUMENT          SLANDER     [ ] 368 ASBESTOS PERSONAL                                                 [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF [ ] 330 FEDERAL           INJURY PRODUCT                                                       [ ] 430 BANKS & BANKING
        OVERPAYMENT &       EMPLOYERS'        LIABILITY              PROPERTY RIGHTS                              [ ] 450 COMMERCE
        ENFORCEMENT         LIABILITY                                                                              [ ] 460 DEPORTATION
        OF JUDGMENT [ ] 340 MARINE       PERSONAL PROPERTY           [ ] 820 COPYRIGHTS                            [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                          [ ] 830 PATENT                                        ENCED & CORRUPT
[ ] 152 RECOVERY OF         LIABILITY    [ ] 370 OTHER FRAUD         [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION       ORGANIZATION ACT
        DEFAULTED    [ ] 350 MOTOR VEHICLE  [ ] 371 TRUTH IN LENDING                                                       (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                          [ ] 840 TRADEMARK                              [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)     PRODUCT LIABILITY                                                 SOCIAL SECURITY      [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF  [ ] 360 OTHER PERSONAL  [ ] 380 OTHER PERSONAL
        OVERPAYMENT          INJURY               PROPERTY DAMAGE    LABOR                    [ ] 861 HIA (1395ff)   [ ] 850 SECURITIES/
        OF VETERAN'S  [ ] 362 PERSONAL INJURY -  [ ] 385 PROPERTY DAMAGE                       [ ] 862 BLACK LUNG (923)     COMMODITIES/
        BENEFITS             MED MALPRACTICE         PRODUCT LIABILITY [ ] 710 FAIR LABOR     [ ] 863 DIWC/DIWW (405(g))   EXCHANGE
[ ] 160 STOCKHOLDERS                                                      STANDARDS ACT        [ ] 864 SSID TITLE XVI
        SUITS                                                        [ ] 720 LABOR/MGMT        [ ] 865 RSI (405(g))
[x] 190 OTHER                            PRISONER PETITIONS               RELATIONS                                 [ ] 890 OTHER STATUTORY
        CONTRACT                         [ ] 463 ALIEN DETAINEE      [ ] 740 RAILWAY LABOR ACT                             ACTIONS
[ ] 195 CONTRACT                         [ ] 510 MOTIONS TO          [ ] 751 FAMILY MEDICAL    FEDERAL TAX SUITS    [ ] 891 AGRICULTURAL ACTS
        PRODUCT              ACTIONS UNDER STATUTES  VACATE SENTENCE   LEAVE ACT (FMLA)
        LIABILITY                                28 USC 2255                                   [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE    CIVIL RIGHTS        [ ] 530 HABEAS CORPUS       [ ] 790 OTHER LABOR              Defendant)    [ ] 893 ENVIRONMENTAL
                                         [ ] 535 DEATH PENALTY              LITIGATION        [ ] 871 IRS-THIRD PARTY      MATTERS
                     [ ] 440 OTHER CIVIL RIGHTS  [ ] 540 MANDAMUS & OTHER  [ ] 791 EMPL RET INC       26 USC 7609    [ ] 895 FREEDOM OF
REAL PROPERTY               (Non-Prisoner)                                 SECURITY ACT (ERISA)                            INFORMATION ACT
                     [ ] 441 VOTING                                                                                 [ ] 896 ARBITRATION
[ ] 210 LAND         [ ] 442 EMPLOYMENT                              IMMIGRATION                                    [ ] 899 ADMINISTRATIVE
        CONDEMNATION [ ] 443 HOUSING/      PRISONER CIVIL RIGHTS                                                           PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE          ACCOMMODATIONS                          [ ] 462 NATURALIZATION                                APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE & [ ] 445 AMERICANS WITH  [ ] 550 CIVIL RIGHTS            APPLICATION
        EJECTMENT            DISABILITIES -  [ ] 555 PRISON CONDITION [ ] 465 OTHER IMMIGRATION                     [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND        EMPLOYMENT    [ ] 560 CIVIL DETAINEE            ACTIONS                                       STATE STATUTES
[ ] 245 TORT PRODUCT [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
        LIABILITY           DISABILITIES -OTHER
[ ] 290 ALL OTHER    [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____     JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [x] NO                    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)  **ORIGIN**

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation (Transferred)
[ ] 7 Appeal to District Judge from Magistrate Judge

  a. all parties represented
  b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)  **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [x] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [x] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
TAPESTRY, INC., 10 Hudson Yards, New York, New York 10001 (New York County)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
NICHE CORPORATION, 44 Mall Road, Suite G-18, Burlington, MA 01803
JAYESH JESALPURA, 30 Red Rock Ct, Ridgewood, NJ 07450

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] MANHATTAN

DATE 12/24/2019   /s/ Arthur D. Middlemiss   SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. August  Yr. 2013 )
Attorney Bar Code # AM2456

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)