UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

TAPESTRY, INC.

    Plaintiff,

    v.

NICHE CORPORATION and JAYESH JESALPURA,

    Defendants.

------------------------------------- X

Case No. 19-cv-11777

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Tapestry, Inc.(Tapestry) states that it is publicly traded as TPR on the New York Stock Exchange. Tapestry does not have a parent corporation and per Schedule 13 G/A filed in February 2019, as of December 31, 2018 publicly held corporation T Rowe Price Associates, Inc. owned ten percent (10%) or greater of its stock.

Dated: December 24, 2019
       New York, New York

Respectfully submitted,

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**

By: _____
Arthur D. Middlemiss
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, NY 10174
Tel: (212) 826-7001
Counsel for Tapestry, Inc.