UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAPESTRY, INC,

             Plaintiff,

-against-

NICHE CORPORATION and JAYESH JESALPURA,

             Defendants.

19 Civ. 11777 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters at ECF Nos. 21, 24, it is hereby ORDERED that:

1. By **April 2, 2020**, Defendant Jesalpura shall file his motion to dismiss;
2. By **April 23, 2020**, Plaintiff shall file its opposition; and
3. By **May 7, 2020**, Defendant Jesalpura shall file his reply, if any.

SO ORDERED.

Dated: March 4, 2020
       New York, New York

                                   ANALISA TORRES
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2020__