USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/9/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAPESTRY, INC,

           Plaintiff,

-against-

NICHE CORPORATION and JAYESH JESALPURA,

           Defendants.

19 Civ. 11777 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference will be held telephonically. Accordingly, the parties are directed to call chambers at (212) 805-0293 on **March 18, 2020**, at **12:40 p.m.** with all parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                              ANALISA TORRES
                            United States District Judge