USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/18/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAPESTRY, INC,

                          Plaintiff,

-against-

NICHE CORPORATION and JAYESH JESALPURA,

                          Defendants.

19 Civ. 11777 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that:

1. By **April 2, 2020**, Defendant Jesalpura shall file his motion to disqualify;
2. By **April 16, 2020**, Plaintiff shall file its opposition; and
3. By **April 23, 2020**, Defendant Jesalpura shall file his reply, if any.

The briefing schedule for a motion to dismiss, ECF No. 25, is ADJOURNED. The Court will enter a case management plan setting forth the discovery schedule upon resolution of the motion to disqualify.

SO ORDERED.

Dated: March 18, 2020
        New York, New York

                                                      ANALISA TORRES
                                            United States District Judge